## Seaman *demandant*, *against* William Miller, *tenant*.

This court will not order a judgment to be s.gned *nunc pro tunc*, to give effect to a judgment under the statute creating forfeitures for *adhering to the enemies of the state*, passed in 1782.

\* See *Greenleaf's* edition of the laws. vol, 1. p. 26.

THE demandant, *Adam Seaman*, had been convicted on an indictment before the general sessions of the peace, in the county of *Westchester*, of *adhering to the enemies of the state*, on which judgment of forfeiture was entered in the supreme court, in the term of *October* 1782, pursuant to an act of the legislature entitled, " An act for the forfeiture and sale of the estates of persons who have adhered to the enemies of this state, and for declaring the sovereignty of the people of this state, in respect to all property within the same," passed, the 22d *October*, 1779.\*

The rule for judgment had been regularly entered in the minutes of the clerk of the court, and the record made up, but *not signed.*

*Woodworth*, attorney general, now moved, that the record, a copy of which was produced, should be signed, *nunc pro tunc.*

*Per Curiam.* We are not disposed at this day to lend our aid to give effect to forfeitures made during the late revolutionary war.

Rule refused.